Certificate Number: 03605-PR-DE-023408648

Bankruptcy Case Number: 14-02486



03605-PR-DE-023408648

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 15, 2014, at 10:05 o'clock AM AST, MARIA ESTHER FELICIANO MOLINA completed a course on personal financial management given in person by Consumer Credit Counseling Service of Puerto Rico, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: May 15, 2014        By: /s/HILAIDA ORTIZ

                          Name: HILAIDA ORTIZ

                          Title: Counselor

Certificate Number: 03605-PR-DE-023408674

Bankruptcy Case Number: 14-02486


03605-PR-DE-023408674

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 15, 2014, at 10:08 o'clock AM AST, NOEL JESUS RUIZ RIVERA completed a course on personal financial management given in person by Consumer Credit Counseling Service of Puerto Rico, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: May 15, 2014            By: /s/HILAIDA ORTIZ

                              Name: HILAIDA ORTIZ

                              Title: Counselor